IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN McCLENDON, AIS 295265, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   CASE NO. 1:25-CV-692-MHT-KFP |
| OFFICER AGRELLA and HOUSTON COUNTY JAIL, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

The Court previously ordered Plaintiff to pay an initial partial filing fee of $31.67 by September 25, 2025. *See* Doc. 4. Plaintiff filed a notice (Doc. 6) indicating that he would have funds to pay the fee on October 1, 2025. However, more than two months have passed, and Plaintiff has not paid the required fee, requested an additional extension, or otherwise attempted to comply with the Court's previous Order.

Accordingly, it is ORDERED that by **December 30, 2025**, Plaintiff must show cause why this case should not be dismissed for failure to prosecute and obey court orders.

**Plaintiff is CAUTIONED that a failure to comply with this Order may result in dismissal without further notice.**

DONE this 9th day of December, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE